■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MARTI, Appellant. [851 NYS2d 55]—Judgments, Supreme Court, New York County (Michael Ambrecht, J.), rendered on or about March 23, 2006, unanimously affirmed. No opinion. Order filed.